UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL EASON,

    Plaintiff,

  v.

JOSEPH LEHMAN,

    Defendant.

Case No. C04-5845FDB

ORDER

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is a "motion" signed by Richard Roy Scott on behave of the "Florida Justice Alliance". (Dkt. # 8). The document is in fact not a motion and is a request for a copy of the docket sheet in this case.

    The clerk of court should consider this as a request for information and provide the information at what ever the normal charge for such copies would be. The court feels it proper to warn Mr. Scott that he cannot sign pleadings on behalf of other persons as he is not an attorney. The document filed is not a formal pleading. It is a request for information. This document brought to the court's attention the fact that service was never ordered in this case. That oversight has been corrected.

ORDER - 1

1 | The clerk is directed to send a copy of this order to plaintiff and to Mr. Scott and to remove
2 | Docket entry 8 from the court's calendar.

4 | DATED this 15th day of June 2005.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER - 2