UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL EASON,

    Plaintiff,

  v.

JOSEPH LEHMAN,

    Defendant.

Case No. C04-5845FDB

ORDER

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court are plaintiff's motions for appointment of counsel and to extend the discovery cut off date. (Dkt. # 17 and 18) Defendant has responded indicating he opposes the motion for appointment of counsel and does not oppose a short continuance of the discovery cut off date. (Dkt. # 19).

    Plaintiff indicates he used a form complaint and has no knowledge of the law. (Dkt. # 17). He alleges there is no law library available to him but defendant contests that allegation and indicates plaintiff has extensive legal materials and supplies available to him. (Dkt. # 19). Finally, plaintiff indicates he did not conduct discovery because he did not know how. He asks for an extension of the discovery cut off date. A scheduling order was entered in this case in August of 2005 which

ORDER - 1

1  gave plaintiff five months to conduct discovery. (Dkt. # 16). Between the entry of that order and
2  the two motions now before the court there was no activity filed in this case.

3  Plaintiff's motion for appointment of counsel is **DENIED**. As noted by defendant plaintiff
4  does not meet the requirements for appointment of counsel. Those requirements are an evaluation of
5  both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro*
6  *se* in light of the complexity of the legal issues involved. Wilborn v. Escalderon, 789 F.2d 1328,
7  1331 (9th Cir. 1986).

8  The motion for an extension of time is also **DENIED**. This action was filed in December of
9  2004. (Dkt. # 1). Plaintiff has had over one year to conduct discovery and was given five months
10 notice of the cut off date. His failure to conduct discovery in a timely manner is not excused by his
11 *pro se* status.

12 The clerk is directed to send a copy of this order to plaintiff and counsel for defendant and to
13 remove Docket entries 17 and 18 from the court's calendar.

15 DATED this 30th day of January, 2006.

16 */S/ J. Kelley Arnold*
J. Kelley Arnold
17 United States Magistrate Judge

28 ORDER - 2