UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL EASON,

      Plaintiff,

  v.

JOSEPH LEHMAN,

      Defendant.

Case No. C04-5845RBL

ORDER ADOPTING REPORT AND
RECOMMENDATION

      The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley
Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby
find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendant's Motion for summary judgment is **GRANTED** for the reasons set forth in
the Report and Recommendation.  The dismissal is **WITH PREJUDICE.**

    (3)    The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants
and to the Hon. J. Kelley Arnold.

DATED this 5th day of May, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1